IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BILLIE MERCER, Individually and as Heir to the Estate of
Larry Jackson, Jr.; and LARRY MERCER, Individually and
as Heir to the Estate of Larry Jackson, Jr.

-vs-                                                   Case No.:  1:13-cv-00830-LY

CHARLES KLEINERT and THE CITY OF AUSTIN

NOTICE CONCERNING REFERENCE TO
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: BILLIE MERCER and LARRY MERCER, Individually and as Heirs to the Estate of Larry Jackson, Jr. through counsel: ADAM LOEWY, Loewy Law Firm P.C., 111 Congress Avenue, Suite 400, Austin TX 78701 hereby (select one):

◯   consents to having a United States Magistrate Judge preside over the trial in this case.

◉   declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

*[signature]*                                          ADAM LOEWY
Attorney for:
BILLIE MERCER and LARRY MERCER

- 4 -