IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BILLIE MERCER, Individually and as Heir to the ESTATE OF LARRY JACKSON, JR.; and LARRY MERCER, Individually, and as Heir to the ESTATE OF LARRY JACKSON, JR., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:13-cv-00830 |
| CHARLES KLEINERT and THE CITY OF AUSTIN, | § § § § | |
| Defendants. | § § § | |

**NOTICE OF WITHDRAWAL OF MOTION FOR INJUNCTIVE RELIEF**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiffs BILLIE MERCER and LARRY MERCER hereby withdraw their Motion for Injunctive Relief. This matter is being handled in Probate Court.

Submitted on October 16, 2014.

_____
Adam Loewy, Esq.
Texas Bar No. 24041353
**LOEWY LAW FIRM P.C.**
111 Congress Avenue, Suite 400

Austin, Texas 78701
P: (512) 779-3547
F: (512) 900-2991
E: adam@loewyfirm.com

**ATTORNEY FOR BILLIE MERCER
AND LARRY MERCER**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument has been served on all counsel of record this **16th day of October, 2014,** pursuant to the Federal Rules of Civil Procedure.

**Via Email to bobby@taylor-law.com**
Bobby Taylor
Law Office of Bobby R. Taylor
1709 E. Martin Luther King Jr. Blvd.
Austin, Texas 78702

**Via Facsimile to (512) 551-0679**
Oscar "Trey" Jackson, III
3445 Executive Center Dr., Suite 101
Austin, Texas 78731

**Via Email to drichards@rrsfirm.com**
Dan Richards
Richards Rodriguez & Skeith, LLP
816 Congress Ave., Suite 1200
Austin, Texas 78701

**Via Email to rirlawyer@gmail.com**
Robert Icenhauer-Ramirez
Law Offices of Robert Icenhauer-Ramirez
1103 Nueces Street
Austin, Texas 78701

_____
Adam Loewy, Esq.
Texas Bar No. 24041353
**LOEWY LAW FIRM P.C.**
111 Congress Avenue, Suite 400
Austin, Texas 78701
P: (512) 779-3547
F: (512) 900-2991
E: adam@loewyfirm.com

**ATTORNEY FOR PLAINTIFFS**