IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BILLIE MERCER, Individually and as Heir to the ESTATE OF LARRY JACKSON, JR.; and LARRY MERCER, Individually, and as Heir to the ESTATE OF LARRY JACKSON, JR.** | § § § § § § | |
| **Plaintiffs,** | § § | |
| V. | § | Civil Action No. 1:13-CV-00830-LY |
| | § § | |
| **CHARLES KLEINERT and THE CITY OF AUSTIN,** | § § § | |
| **Defendants.** | | |

### J.D.J.'S REPLY TO KIRSTEN JACKSON'S COURTROOM ARGUMENT ON MOTION INTERVENE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

On November 10, 2015, this Court heard arguments regarding J.D.J.'s Motion to Intervene (Document 68) in this lawsuit. Kirsten Jackson's counsel argued against J.D.J's Motion and presented case law in support of said argument. J.D.J's counsel sought additional time to revisit the two cases cited and was granted a period ending November 16, 2015 to submit any additional authorities or arguments.                                                      I.

J.D.J.'s counsel has revisited the two cases which had been previously referenced in a partially related lawsuit and advises that J.D.J. is unable to offer any additional cases or arguments than was presented in Court on November 10, 2015.

Respectfully submitted,

/sBobby Taylor
Bobby R. Taylor
State Bar: 19685500
The Law Office of Bobby R. Taylor, P.C.
1709 E. Martin Luther King, Jr. Blvd
Austin, Texas 78702
Office 512-476-4886
FAX: 512-476-2818

***ATTORNEY FOR J.D.J.***

# CERTIFICATE OF SERVICE

I certify that a copy of the forgoing instrument has been served on all counsel of record this 16TH day of November, 2015 pursuant to the Federal Rules of Civil Procedure.

/s/Bobby Taylor
Bobby R. Taylor


Via Email to rirlawyer@gmail.com
Robert Icenhauer-Ramirez
1103 Nueces Street
Austin, Texas 78701

Via Email to c_jackson@sbcglobal.net
Chris Jackson
1812 Centre Creek Drive, Suite 275
Austin, Texas 78754

Via Email to jimrodman@rodmanlawoffice.com
James A. Rodman
1515 W. 35th Stree, Bldg. C
Austin, Texas 78703

Via Email to drichards@rrsfirm.com
Dan Richards
816 Congress Avenue., Suite 1200
Austin, Texas 78701

Via Email to adam@loewyfirm.com
Adam Loewy
111 Congress Avenue, Suite 400
Austin, Texas 78701