IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BILLIE MERCER, Individually and as Heir to the ESTATE of LARRY JACKSON, JR.; LARRY MERCER, Individually and as Heir to the ESTATE of LARRY JACKSON, JR.; and PLAINTIFF AND INTERVENOR, KIRSTEN JACKSON § § § § § § § § § § § § | CIVIL ACTION NO.:1:13-CV-00830 |
| VS. | |
| CHARLES KLEINERT and THE CITY OF AUSTIN | |

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITION

TO: Charles Kleinert, by and through his attorney of record, Robert Icenhauer-Ramirez, 1103 Nueces St., Austin, Texas 78701.

WITNESS: CHARLES KLEINERT.

TIME & DATE: Thursday, January 14, 2015 at 10:00 a.m.

PLACE: The office of Robert Icenhauer-Ramirez, 1103 Nueces St., Austin, Texas 78701.

You will take notice that the oral deposition of Charles Kleinert, will be taken at the law office of Robert Icenhauer-Ramirez, 1103 Nueces St., Austin, Texas 78701 on, Thursday, January 14, 2015 at 10:00 a.m. before a duly authorized Court Reporter. The deposition is to be used as evidence at the trial in the above-styled and numbered cause. You are advised so that you may attend and cross-examine the witness.

Pursuant to the Texas Rules of Civil Procedure, we hereby give notice that deponent shall appear for such deposition and bring all original documents and other tangible things that are in the deponent's possession, custody or control which are set forth in the Duces Tecum attached hereto as Exhibit "A" and made a part hereof for all purposes.

Respectfully submitted,

_____
CHRIS JACKSON
ATTORNEY AT LAW
SBOT #10454600
1812 Centre Creek Drive
Suite 275
Austin, Texas 78754
E: c_jackson@sbcglobal.net
T: 512-478-1699
F: 512-821-2943

Respectfully submitted,

_____
JAMES RODMAN
ATTORNEY AT LAW
SBOT #17139525
1515 W. 35th St.
Suite C
Austin, Texas 78703
E: jimrodman@rodmanlawoffice.com
T: 512-481-0400
F: 512-481-0500

**ATTORNEYS FOR PLAINTIFF KIRSTEN JACKSON**

## CERTIFICATE OF SERVICE

By the execution of my signature below, I certify that a copy of the foregoing document has been served to the following parties pursuant to rule 21 (a) of the FEDERAL PROCEDURE on the **21th day of DECEMBER, 2015:**

| | |
|---|---|
| Robert Icenhauer-Ramirez<br>rirlawyer@gmail.com<br>512-477-7991 | *VIA: EMAIL* |
| Dan Richards<br>drichards@rrsfirm.com<br>512-476-0005 | *VIA: EMAIL* |
| Adam Loewy<br>adam@loewyfirm.com<br>512-280-0800 | *VIA: EMAIL* |
| Patrick Tighe<br>pat@patricktighelaw.com<br>512-280-0800 | *VIA: EMAIL* |
| Bobby Taylor<br>bobby@taylor-law.com<br>512-476-4886 | *VIA: EMAIL* |

_____          _____
**CHRIS JACKSON**                              **JAMES RODMAN**

## EXHIBIT "A"

Deponent is hereby requested to produce at the time and place designated in the attached Notice to Take Oral Deposition, the following item for inspection, photographing and photocopying, to-wit: the hand-cuffs Charles Kleinert was carrying on the day of Larry E. Jackson, Jr.'s death (7/26/2013).