IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 FEB 12 AM 11:09

| | |
|---|---|
| BILLIE MERCER, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF LARRY JACKSON, JR.; LARRY MERCER, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF LARRY JACKSON, JR., AND KIRSTEN JACKSON,<br>    PLAINTIFFS,<br><br>V.<br><br>CHARLES KLEINERT AND THE CITY OF AUSTIN,<br>    DEFENDANTS. | CAUSE NO. A-13-CA-830-LY |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

Before the court in the above styled and numbered cause is Defendant City of Austin's Stipulation of Dismissal filed February 11, 2016 (Clerk's Document No. 94). By the stipulation, which is signed by each party's counsel of record, the parties agree that all conditions to their settlement agreement, which is included as an exhibit to the stipulation, have been fulfilled. Further, according to the agreement, the parties stipulate that the action be dismissed with prejudice to the refiling of Plaintiffs' claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the stipulation, the case file, and the applicable law,

**IT IS ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE**.

As no disputes remain among the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this 11th day of February, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE